FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 APR 29 P 12: 01

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| | CASE NUMBER: 3:99-cr-200-J-20HTS |
| | USM NUMBER: 28737-018 |
| v. | |
| MARTY RAY WORD | |
| | Defendant's Attorney: Ronald W. Maxwell (cja) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __One through Four and Six__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| <u>Violation Charge Number</u> | <u>Nature of Violation</u> | <u>Violation Ended</u> |
|---|---|---|
| One | Failure to submit written monthly reports. | May 2006 |
| Two | Failure to work regularly at a lawful occupation. | February 2006 |
| Three | Failure to notify of change in residence. | April 2006 |
| Four | Failure to make restitution. | June 2006 |
| Five | New conviction for conduct occurring while on supervision. | April 2005 |
| Six | Failure to notify of arrest or being questioned by law enforcement officer. | April 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number <u>Five</u> and is discharged as to such violation charge.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 29, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: April 29, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eight (8) months, to run consecutively to the sentence of imprisonment imposed in Case No. 0800716, Duval County, Florida.**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

   \_\_\_ at _____ a.m.   p.m. on _____.

   \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   \_\_\_ before 2 p.m. on _____.

   \_\_\_ as notified by the United States Marshal.

   \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
      DEPUTY UNITED STATES MARSHAL